*State, Petitioner, v. Case, Respondent*, No. 92293-4. Petition for review of a decision of the Court of Appeals, No. 46140-4-II, August 11, 2015, 189 Wn. App. 422. *Granted* March 2, 2016.

*In re Marriage of Zandi*, No. 92296-9. Petition for review of a decision of the Court of Appeals, No. 46313-0-II, August 4, 2015, 190 Wn. App. 51. *Granted* March 2, 2016.

*State, Petitioner, v. Slert, Respondent*, No. 92310-8. Petition for review of a decision of the Court of Appeals, No. 40333-1-II, August 26, 2015, 189 Wn. App. 821. *Granted* March 2, 2016.

*Pendergrast et al., Respondents, v. Matichuk et al., Petitioners*, No. 92324-8. Petition for review of a decision of the Court of Appeals, No. 71726-0-I, August 31, 2015, 189 Wn. App. 854. *Granted* March 2, 2016.

*In re Det. of Black*, No. 92332-9. Petition for review of a decision of the Court of Appeals, No. 71292-6-I, August 24, 2015, 189 Wn. App. 641. Petition *granted* and review of issues raised in respondent's answer *denied* March 2, 2016.

*Columbia Riverkeeper et al., Petitioners, v. Port of Vancouver et al., Respondents*, No. 92335-3. Petition for review of a decision of the Court of Appeals, No. 46130-7-II, August 25, 2015, 189 Wn. App. 800. *Granted* March 2, 2016.

*State, Respondent, v. Hernandez, Petitioner*, No. 91508-3. Petition for review of a decision of the Court of Appeals, No. 31595-9-III, February 3, 2015, 185 Wn. App. 680. *Denied* March 2, 2016.

*State, Respondent, v. Rhoades, Petitioner*, No. 91602-1. Petition for review of a decision of the Court of Appeals, No. 45083-6-II, February 3, 2015, 185 Wn. App. 1045. *Denied* March 2, 2016.